UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LINDSEY M., | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 2:23-cv-00277-JAW ) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) ) |
|     Defendant. | ) |

**ORDER AFFIRMING RECOMMENDED DECISION**

The United States Magistrate Judge filed her Recommended Decision with the Court on June 6, 2024. *Report and Recommended Decision* (ECF No. 22). Lindsey M. did not object.

The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record. The Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision and determines that no further proceeding is necessary.

Accordingly, the Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 22) and thereby AFFIRMS the Commissioner's Decision.

SO ORDERED.

                                      /s/ John A. Woodcock, Jr.
                                      JOHN A. WOODCOCK, JR.
                                      UNITED STATES DISTRICT JUDGE

Dated this 16th day of July, 2024